■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID WATKINS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Sacks, J.), rendered January 6, 1982, convicting him of burglary in the third degree, petit larceny (two counts), criminal mischief in the fourth degree, resisting arrest and criminal possession of a hypodermic instrument, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in light most favorable to the prosecu-